IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01684-MSK-BNB

LOIS ANGEL CRISWELL,

    Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a King Soopers,

    Defendant.

___

**ORDER STRIKING DEFENDANT'S TRIAL BRIEF**
___

**THIS MATTER** comes before the Court pursuant to the Defendant's Trial Brief **(# 56)**.

Pursuant to section H of the Court's Trial Preparation Order **(# 40)**, trial briefs "shall be limited to a listing of applicable, binding case or statutory authority followed by a phrase or single sentence summary of its applicability to the matter." The Defendant's trial brief, which consists primarily of factual recitation and argument, does not comply with the Court's Order. Moreover, the Defendant filed the trial brief with the Clerk's Office, in violation of section E of the Trial Preparation Order which directs that pre-trial submissions, "should not be filed with the Clerk's Office."

Accordingly, the Defendant's Trial Brief **(# 56)** is **STRICKEN**.

Dated this 30th day of June, 2005

                                               **BY THE COURT:**

                                               Marcia S. Krieger
                                               United States District Judge