IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-01684-MSK-BNB

LOIS ANGEL CRISWELL,

     Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a King Soopers,

     Defendant.

_____

**ORDER DENYING, IN PART, MOTION FOR LEAVE TO
FILE REVISED TRIAL BRIEF**

_____

**THIS MATTER** comes before the Court pursuant to the Defendant's Unopposed Motion for Leave to File Revised Trial Brief **(# 58)**.

The Motion is **DENIED IN PART**, insofar as leave to "file" the Trial Brief is denied.

Pursuant to the Trial Preparation Order, the Trial Brief is not to be filed as a pleading. However,

there being no opposition by the Plaintiff, the Motion is **GRANTED** insofar as the Court will accept the tendered Revised Trial Brief as a timely submission to chambers in accordance with the Trial Preparation Order.

Dated this 1st day of July, 2005

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge