IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01684-MSK-BNB

LOIS ANGEL CRISWELL,

Plaintiff,

v.

DILLON COMPANIES, INC., d/b/a KING SOOPERS,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **July 27, 2005**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 13, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge