IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-1684-MSK-BNB

LOIS ANGEL CRISWELL,

    Plaintiff,

v.

DILLON COMPANIES, INC. d/b/a KING SOOPERS,

    Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

COME NOW Plaintiff, Lois Angel Criswell, and Defendant, Dillon Companies, Inc. d/b/a King Soopers, through their respective attorneys and pursuant to Fed.R.Civ.P. 41(a)(1), and respectfully submit the following Stipulation of Dismissal With Prejudice. In support of this Stipulation, the parties state that all matters in controversy between them in the above-referenced case have been fully and finally settled and compromised. Therefore, the parties hereby stipulate to the dismissal, with prejudice, of this action, with each party to bear her or its own fees and costs.

Respectfully submitted this 18th day of July, 2005

| | |
|---|---|
| /s Hollie L. Wieland | /s Emily F. Keimig |
| Hollie L. Wieland | Emily F. Keimig |
| SEARS & SWANSON, P.C. | SHERMAN & HOWARD, LLC |
| 2 North Cascade Ave., Suite 1250 | 633 17th Street #3000 |
| Colorado Springs, CO 80903 | Denver, CO 80202 |
| (719) 471-1984 | (303) 299-8240 |
| Attorney for Plaintiff | Raymond M. Deeny |
| | SHERMAN & HOWARD, LLC |
| | 90 S. Cascade Ave., Suite 1500 |
| | Colorado Springs, CO 80903 |
| | (719) 475-4576 |
| | Attorneys for Defendant |